STATE OF NEW JERSEY v. LAWTON JAMISON.

October 2, 1973.  Petition for certification denied.

STATE OF NEW JERSEY v. LAWTON JAMISON.

October 2, 1973.  Petition for certification denied.

JULIA L. ELIA v.
JERSEY CENTRAL POWER AND LIGHT COMPANY.

October 2, 1973.  Petition for certification denied.

STATE OF NEW JERSEY v. JEROME AUSTELL.

October 2, 1973.  Petition for certification denied.

STATE OF NEW JERSEY v. JACK ZAFRANI.

October 2, 1973.  Petition for certification denied.

STATE OF NEW JERSEY v. ANTIONIO WALKER.

October 2, 1973.  Petition for certification denied.